**Opinion issued September 27, 2012**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-12-00860-CR

————————————

## IN RE DENNIS LEN LIVINGS, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Dennis Len Livings, has filed a pro se petition for writ of mandamus in this Court. *See* TEX. GOV'T CODE § 22.221 (Vernon 2004); *see also* TEX. R. APP. P. 52. Relator complains that the trial court[1] has failed to rule on

---

[1] Relator provides information indicating that this original proceeding arises out of Cause No. 1035169-A, styled *Ex Parte Dennis Len Livings*, 174th District Court,

motions relator has filed in aid of his post-conviction writ of habeas corpus.

This Court, as an intermediate appellate court, has no jurisdiction over post-conviction writs of habeas corpus in felony cases.[2]  *See* TEX. CODE CRIM. PROC. ANN. art. 11.05, art. 11.07, § 3(a), (b) (Vernon 2005 & Vernon Supp. 2012); *In re McAfee*, 53 S.W.3d 715, 717 (Tex. App.—Houston [1st Dist.] 2001, orig. proceeding) (noting that "only the Texas Court of Criminal Appeals has jurisdiction in final post-conviction felony proceedings").  Thus, we also lack jurisdiction to grant mandamus relief in matters related to a post-conviction writ application.  *See In re McAfee*, 53 S.W.3d at 717–18; *see also In re Perryman*, No 04–11–00300–CR, 2011 WL 2165145, at *1 (Tex. App.—San Antonio May 25, 2011, orig. proceeding) (mem. op.; not designated for pub.) (dismissing petition for writ of mandamus in case in which relator complained that trial court failed to rule on motions related to a post-conviction petition for writ of habeas corpus).

---

Harris County.  Relator identifies the Honorable Ruben Guerrrero as the respondent in this original mandamus proceeding.

[2]  Relator was convicted of the felony offense of aggravated sexual assault of a child and sentenced to a mandatory life sentence as a repeat sex offender.  We affirmed relator's conviction in *Livings v. State*, No. 01–06–00146–CR, 2007 WL 1500300, at *7 (Tex. App.—Houston [1st Dist.] May 24, 2007, pet. ref'd) (mem. op.; not designated for pub.).

We dismiss the petition for writ of mandamus for lack of jurisdiction. *See* TEX. R. APP. P. 52.8(a).

## PER CURIAM

Panel consists of Justices Jennings, Higley, and Sharp.

Do not publish.   TEX. R. APP. P. 47.2(b).